

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00383-CR

Jose Andres **ROMERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7882
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 19, 2022.

_____
Beth Watkins, Justice